**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**NISSA MUHAMMAD,**

       **Plaintiff,**

**v.**

                             **Civil Action No. 3:15-CV-03805-M-BK**

**OCWEN LOAN SERVICING,
INC. C/O SETERUS, INC., MACKIE
WOLF ZIENTZ and MANN, PC,**

       **Defendants.**


**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case.   No objections were filed.   The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error.   Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.   Plaintiff must amend her Complaint within twenty one days or her claims will be dismissed with prejudice.

SO ORDERED this 13th day of May, 2016.


BARBARA M. G. LYNN
CHIEF JUDGE